UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CV-60-F

| | | |
|---|---|---|
| ROBERT GENE BAILEY<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | O R D E R |
| CLARENCE GADDY, NORTH CAROLINA<br>DIVISION OF MOTOR VEHICLES;<br>JOSPEH I. GARDNER; BILL TOMAN;<br>R.M. ASHLEY; K.D. MACKEY; P.J.<br>GRAHAM; RODNEY SMITH; and<br>UNKNOWN FEMALE OFFICER,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

This matter is before the court for consideration of the Magistrate Judge's April 21, 2009, Memorandum and Recommendation (M&R) [DE-8]. The plaintiff, Robert Gene Bailey filed a timely "Objection" [DE-10] thereto.

Rule 72(b), FED R CIV. P. provides in pertinent part that "a party may serve and file specific, written objections to the proposed findings and recommendations" contained in an M&R. Thereafter, the district judge "shall make a de novo determination . . . of any portion of the [M&R] to which specific written objection has been made." Objections must be filed within ten days of service of the M&R. *See* Rule 72(b), FED. R. CIV. P.

The court has conducted a careful independent review of the record in this matter and concurs with the Magistrate Judge's analysis contained in his M&R. The

court, therefore, has reached the *de novo* determination that the M&R is correct and in accordance with the law.

Accordingly, the court ADOPTS the Magistrate Judge's M&R, and hereby ORDERS that this action is DISMISSED for the reasons cogently stated in the M&R. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 12th day of May, 2009.

JAMES C. FOX
Senior United States District Judge