No. 5:09-CV-60-F

| | |
|---|---|
| ROBERT GENE BAILEY | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CLARENCE GADDY, NORTH CAROLINA | ) |
| DIVISION OF MOTOR VEHICLES; | ) |
| JOSPEH I. GARDNER; BILL TOMAN; | ) |
| R.M. ASHLEY; K.D. MACKEY; P.J. | ) |
| GRAHAM; RODNEY SMITH; and | ) |
| UNKNOWN FEMALE OFFICER, | ) |
| Defendants. | ) |

O R D E R

This matter is before the court for consideration of the Magistrate Judge's

April 21, 2009, Memorandum and Recommendation (M&R) [DE-8]. The plaintiff,

Robert Gene Bailey filed a timely "Objection" [DE-10] thereto.

Rule 72(b), FED R CIV. P. provides in pertinent part that "a party may serve

and file specific, written objections to the proposed findings and recommendations"

contained in an M&R. Thereafter, the district judge "shall make a de novo

determination . . . of any portion of the [M&R] to which specific written objection has

been made." Objections must be filed within ten days of service of the M&R. *See* Rule

72(b), FED. R. CIV. P.

The court has conducted a careful independent review of the record in this

matter and concurs with the Magistrate Judge's analysis contained in his M&R. The

court, therefore, has reached the *de novo* determination that the M&R is correct and in accordance with the law.

Accordingly, the court ADOPTS the Magistrate Judge's M&R, and hereby ORDERS that this action is DISMISSED for the reasons cogently stated in the M&R. The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 12th day of May, 2009.

JAMES C. FOX
Senior United States District Judge

2